| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | 1:12CR00031-1 |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | 2:25-cr-00316-CDS-DJA-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Marcus Rashawn Williams | Eastern District of Texas | Beaumont Division |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Marcia A. Crone U.S. District Judge | |
| ✓ FILED ___ RECEIVED  ___ ENTERED ___ SERVED ON  OCT 15 2025  CLERK, U.S. DISTRICT COURT DISTRICT OF NEVADA  BY: AMMi DEPUTY | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM October 11, 2024 | TO October 10, 2029 |

**OFFENSE**

Count 1: 21 USC § 846 – Conspiracy to Distribute and Possess with Intent to Distribute 5 Kilograms or More of Cocaine

Count 2: 18 USC § 1956(h) – Conspiracy to Launder Monetary Instruments

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Established residence in District of Nevada and no intention of returning to sentencing district.

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   EASTERN DISTRICT OF TEXAS

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_____10/14/25_____          _____*Marcia A. Crone*_____
         Date                    U.S. District Judge Marcia A. Crone

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____October 20, 2025_____          _____
         *Effective* Date                    Cristina D. Silva, United States District Judge